AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
IN CLERKS OFFICE
2004 JUN 28 P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

_____ DISTRICT OF _____

Charter Communications Entertainment I, LLC d/b/a
Charter Communications

**SUMMONS IN A CIVIL CASE**

V.

Lisa Murphy

CASE NUMBER:

**04-40116 FDS**

TO: (Name and address of defendant)

Lisa Murphy
841 Lebanon Hill Road
Southbridge, MA 01550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esq.
Murtha Cullina
99 High Street
20th Floor
Boston, MA 02110
(617) 457-4000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _Amanda Dolepamer_  
**TONY ANASTAS**

DATE _6-17-04_

(BY) DEPUTY CLERK _PA_

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

I hereby certify and return that on [date] I served a true and attested copy of the Summons and Complaint, filed [...] Sheet in this action in the following manner: To wit, by delivering in hand to [...] MURPHY at 041 LEBANON HILL RD, S UTHBRIDGE, MA.   Fees: Service [...], Travel [...], Conveyance 1.80, Attest [...] & Postage and Handling [...], Total [...]: 150.4-

Deputy Sheriff Paul F Almstrom

_____
Deputy Sheriff