FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS 2004 JUL -9 P 1: 31

CASE NUMBER: 04-40116FDS

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS
              Plaintiff

VS.                                                                  STIPULATION

LISA MURPHY
              Defendant

     The Plaintiff and the Defendant, Charter Communications Entertainment I, LLC d/b/a Charter Communications and Lisa Murphy, hereby stipulate that said Defendant shall have until July 30, 2004 with which to file and serve responsive pleadings upon the Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications.

Dated: July 8, 2004

                            Edmond A. Neal, III
                            Montague & Desautels
                            Attorney for Defendant
                            334 Main Street, P.O. Box 428
                            Southbridge, MA 01550
                            Tel. No. (508) 764-3244
                            BBO #367900

                            Christopher L. Brown
                            Murtha Cullina
                            99 High Street, 20th Floor
                            Boston, MA 02110
                            Tel. No. (617) 457-4000
                            BBO #642688