COMMONWEALTH OF MASSACHUSETTS

CASE NUMBER: 04-40116FDS

CHARTER COMMUNICATIONS
ENTERTAINMENT, LLC d/b/a
CHARTER COMMUNICATIONS
Plaintiff

VS.                                                    **NOTICE OF APPEARANCE**

LISA MURPHY
Defendant

Please enter my appearance on behalf of the Defendant in the above-referenced action,
Lisa Murphy.

Dated: July 8, 2004

_____
Edmond A. Neal, III
Montague & Desautels
Attorney for Defendant
334 Main Street, P.O. Box 428
Southbridge, MA 01550
Tel. No. (508) 764-3244
BBO #367900

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the within document upon the Plaintiff,
by mailing, by first class mail, postage prepaid, a copy of same to its attorney, Christopher L.
Brown, Esquire, at his address at Murtha Cullina, 99 High Street, 20th Floor, Boston, MA 02110,
this 12th day of July, 2004.

_____
Edmond A. Neal, III