UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 04-40116FDS

**CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS**
     Plaintiff

VS.            **STIPULATION**

**LISA MURPHY**
    Defendant


  The Plaintiff and the Defendant, Charter Communications Entertainment I, LLC d/b/a Charter Communications and Lisa Murphy, hereby stipulate that said Defendant shall have until July 30, 2004 with which to file and serve responsive pleadings upon the Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications.

Dated: July 8, 2004

                Edmond A. Neal, III
                Montague & Desautels
                Attorney for Defendant
                334 Main Street, P.O. Box 428
                Southbridge, MA 01550
                Tel. No. (508) 764-3244
                BBO #367900

                Christopher L. Brown
                Murtha Cullina
                99 High Street, 20th Floor
                Boston, MA 02110
                Tel. No. (617) 457-4000
                BBO #642688