AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Charter Communications
Entertainment I, LLC DBA
Charter Communications, Plaintiff
      V.
Lisa Murphy,
    Defendant/Third Party Plaintiff

vs.

Henry J. Kotarba, Jr.,
    Third Party Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-40116**

TO: (Name and address of Defendant)  Henry J. Kotarba, Jr., 322 Mason Road Ext., Dudley, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
As a Third Party Plaintiff, being Edmond A. Neal, III, Montague & Desautels
334 Main Street, P.O. Box 428, Southbridge, MA (508) 764-3244.

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Sherry Jones_
(By) DEPUTY CLERK

8-5-04

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
Worcester, ss

08/20/2004

I hereby certify and return that on 08/19/2004 at 10:15am I served a true and attested copy of the Summons, Defendant's Third Party Complaint, Certificate of Service, Exhibits A & B in this action in the following manner: To wit, by leaving at the last and usual place of abode of HENRY J. KOTARBA JR., by delivering in hand to RITA KOTARBA at 322 MASON ROAD EXT, DUDLEY, MA and by mailing first class mail to the above address on 08/20/2004. Fees: Service 20.00, Travel 13.44, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00, Total Fees: $50.94

Deputy Sheriff Paul R Almstrom

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                 Date                 *Signature of Server*

                              _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.