UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40116FDS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC, d/b/a CHARTER COMMUNICATIONS, <br> Plaintiff, <br><br> vs. <br><br> LISA MURPHY <br> Defendant/ <br> Third-Party Plaintiff, <br><br> vs. <br><br> HENRY J. KOTARBA, JR., <br> Third-Party Defendant. | THIRD-PARTY DEFENDANT'S ANSWER TO THIRD-PARTY COMPLAINT |

Now comes the Third-Party Defendant, Henry J. Kotarba, Jr., and answers the Third-Party Plaintiff, Lisa Murphy, as follows:

1. Admitted.

2. Admitted.

3. Denied and by way of further answer, Third-Party Defendant states that he resides at 297 Main Street, Somerset, Bristol County, Massachusetts.

4. Denied.

5. Admitted as to the date of marriage. By way of further answer, Third-Party Defendant states that the parties separated on an other prior occasion until final separation in December 2000.

6. Denied.

SAULINO & SILVIA, P.C.
Attorneys at Law
550 LOCUST STREET
FALL RIVER, MA 02720
TELEPHONE
(508) 675-7770
FACSIMILE
(508) 675-7771

7. Denied.

8. Denied.

9. Admitted.

10. Denied.

11. Denied and Third-Party Defendant calls upon the Third-Party Plaintiff to prove same.

12. Admitted.

**WHEREFORE**, the Third-Party Defendant respectfully requests that the third-party Complaint be dismissed and that he be awarded attorneys fees and costs in defense of same.

    Respectfully submitted,
    Third-Party Defendant,
    By his attorneys,
    SAULINO & SILVIA, P.C.

    BY: _____
    Joseph H. Silvia, Esquire
    BBO #: 552215
    550 Locust Street
    Fall River, MA 02720
    (508) 675-7770
    September 8, 2004

SAULINO & SILVIA, P.C.
Attorneys at Law
550 LOCUST STREET
FALL RIVER, MA 02720
TELEPHONE
(508) 675-7770
FACSIMILE
(508) 675-7771

## CERTIFICATE OF SERVICE

**SEPTEMBER 8, 2004**

I, Joseph H. Silvia, Esquire, Counsel for the Third-Party Defendant, herein, hereby certify that a copy of the foregoing was served via first-class mail, postage prepaid to the following on the date above-written:

Edmond A. Neal, III, Esquire
MONTAGUE & DESAUTELS
P.O. Box 428
334 Main Street
Southbridge, MA   01550
Counsel for Defendant, Third-Party Plaintiff

And

Burton B. Cohen, Esquire
MURTHA CULLINA, LLP
99 High Street
20th Floor
Boston, MA   02110
Counsel for Plaintiff

_____
Joseph H. Silvia, Esquire
Attorney for Third-Party Defendant

SAULINO & SILVIA, P.C.
Attorneys at Law
550 LOCUST STREET
FALL RIVER, MA 02720
TELEPHONE
(508) 675-7770
FACSIMILE
(508) 675-7771