UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40116FDS

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC D/B/A
CHARTER COMMUNICATIONS
    Plaintiff

VS.

LISA MURPHY                                **STIPULATION OF DISMISSAL**
    Defendant/Third Party Plaintiff

VS.

HENRY J. KOTARBA, JR.
    Third Party Defendant

      Now come the parties in the above-referenced action, Charter Communications Entertainment I, LLC d/b/a Charter Communications, Plaintiff, Lisa Murphy, Defendant/Third Party Plaintiff, and Henry J. Kotarba, Jr., Third Party Defendant, who hereby stipulate to a dismissal, with prejudice, of all claims that each party has brought against the other, waiving attorney's fees/costs, interest and rights of appeal pursuant to the provisions of Fed. R. Civ. Proc. Rule 41(a)(1)(ii).

Christopher L. Brown
Murtha Cullina LLP
Attorney for Plaintiff
99 High Street
Boston, MA 02110-2320
Tel. No. (617) 457-4000
BBO #642688

Edmond A. Neal, III
Montague & Desautels
Attorney for Defendant/Third Party Plaintiff
334 Main Street, P.O. Box 428
Southbridge, MA 01550
Tel. No. (508) 764-3244
BBO #367900

Joseph H. Silvia
Attorney for Third Party Defendant
550 Locust Street
Fall River, MA 02720
Tel. No. (508) 675-7770
BBO #552215